UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cv-60505-MIDDLEBROOKS/AUGUSTIN-BIRCH

BENJAMIN GHAVIM,

        Plaintiff,

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.             /

## **JOINT NOTICE OF SELECTION OF MEDIATOR**

Pursuant to the Court's Order [D.E.10], the following Certified Mediator shall hereby be

designated to conduct the Mediation Conference to this action:

    Name:        Jack L. Townsend, Sr., P.A.

    Address:      6408 E Fowler Avenue

    City:        Tampa     State:  FL       Zip: 33617

    Phone:       (813) 914-7363

Dated: May 13, 2026

| BENJAMIN GHAVIM | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
|---|---|
| By: _s/ Alexander A. Palamara_ | By: _s/ Hector R. Rivera_ |
| Alexander A. Palamara, Esquire | Hector R. Rivera, Esquire |
| Attorneys Dell and Schaefer, Chartered | Quintairos, Prieto, Wood & Boyer, P.A. |
| 2625 Weston Road | 9300 South Dadeland Blvd., 4th Floor |
| Weston, FL 33331 | Miami, FL  33156 |
| Tel: (954) 620-8300 | Telephone:  (305) 670-1101 |
| Facsimile: (954) 922-6864 | Facsimile:  (305) 670-1161 |
| E-mail: alex@diattorney.com | E-mail: hrivera@qpwblaw.com |
| | |
| _Counsel for Plaintiff_ | _Counsel for Defendant_ |