UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cv-60505-MIDDLEBROOKS/AUGUSTIN-BIRCH

BENJAMIN GHAVIM,

        Plaintiff,

vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.            /

## JOINT NOTICE FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff, BENJAMIN GHAVIM, and Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through the undersigned counsel, hereby file a proposed Order Scheduling Mediation and notify the Court that they have selected Jack L. Townsend, Esq. as the mediator. The parties have agreed to conduct the mediation on August 11, 2026, at 1:30pm, via Zoom video conference.

Dated: June 10, 2026

| | |
|---|---|
| BENJAMIN GHAVIM | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
| By: *s/ Alexander A. Palamara* | By: *s/ Hector R. Rivera* |
| Alexander A. Palamara, Esquire | Hector R. Rivera, Esquire |
| Attorneys Dell and Schaefer, Chartered | Quintairos, Prieto, Wood & Boyer, P.A. |
| 2625 Weston Road | 9300 South Dadeland Blvd., 4th Floor |
| Weston, FL 33331 | Miami, FL  33156 |
| Tel: (954) 620-8300 | Telephone:  (305) 670-1101 |
| Facsimile: (954) 922-6864 | Facsimile:  (305) 670-1161 |
| E-mail: alex@diattorney.com | E-mail: hrivera@qpwblaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |